1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814
   Linda.allison@fd.org
5
   Attorney for Defendant
6  ACAYDA BABSON

7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )   NO.  2:22-po-00306-JDP
12                                   )
                    Plaintiff,       )   WAVIER OF APPERANCE
13                                   )
          v.                         )
14                                   )   DATE:   December 5, 2022
   ACAYDA BABSON                     )   TIME:     10:00 AM
15                                   )   JUDGE: Jeremy D. Peterson
                    Defendant.       )
16                                   )
                                     )
17

18        Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant,  ACAYDA

19  BABSON , hereby waives the right to be present in person in open court upon the hearing of any

20  motion or other proceeding in this case, including, but not limited to, when the case is set for

21  trial, and when a continuance is ordered.

22        Defendant hereby requests the Court to proceed during every absence which the Court

23  may permit to this waiver; agrees that defendant's interests will be deemed represented at all

24  times by the presence of the defendant's attorney, the same as if the defendant were personally

25  present; and further agrees to be present in court ready for trial any day and hour the Court may

26  fix the defendant's absence.

27        The original signed copy of this waiver is being preserved by the attorney undersigned.

28

     Waiver of Appearance                    -1-

Dated:  11/21/2022

/s/*Acayda Babson*
ACAYDA BABSON

I agree and consent to my Client's waiver of appearance.

Dated:  11/21/2022

/s/ *Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
ACAYDA BABSON

IT IS SO ORDERED.

Dated:  December 5, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance                                                    -2-