HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
ACAYDA BABSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:22-po-00306-JDP |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ACAYDA BABSON | DATE: January 30, 2023<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Executive Assistant United States Attorney, CHI SOO KIM, and Assistant Federal Defender, LINDA ALLISON, representative for ACAYDA BABSON, that the Court continue the status conference on January 30, 2023 to March 20, 2023 at 10:00 a.m. via Zoom.

Defense requests additional time to obtain medical documents from El Dorado County Health and Human Services Agency (EDC HHSA). These documents would certify Babson's medical diagnosis. EDC HHSA has confirmed receipt of the records request on 12/28/2022. EDC HHSA is still processing the request.

//

//

| | | |
|---|---|---|
| 1 | Dated: January 30, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender<br>*/s/ Linda C. Allison* |
| 4 | | LINDA C. ALLISON<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant ACAYDA BABSON |
| 6 | | |
| 7 | Date: January 30, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Chi Soo Kim*<br>CHI SOO KIM<br>Assistant United States Attorney |
| 10 | | Attorney for Plaintiff |

Stipulation and ~~Proposed~~ Order to       -2-       *United States v. Acayda Babson*
Continue Status Conference                             2:22-po-00306-JDP

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for January 30, 2023 be vacated for the reasons stated above and continued to March 20, 2023 at 10:00 a.m.

Dated: January 30, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE